# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**RYAN ENGINEERING INCORPORATED,**<br><br>Defendant**.** | CASE NO. 18-cv-05145-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE PURSUANT TO FED. R. CIV. P. 4(M)** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD**:

**You Are Hereby Ordered to Show Cause** in writing, by no later than **Friday, December 7, 2018**, why plaintiffs' claims should not be dismissed for failure to serve the complaint in the above-referenced action within ninety (90) days of filing pursuant to Federal Rule of Civil Procedure 4(m).[1] Failure to timely file shall be deemed an admission that good cause exists to dismiss the case without prejudice, which the Court will then do without further notice.

**IT IS SO ORDERED.**

Dated: November 28, 2018

                              **YVONNE GONZALEZ ROGERS**
                              **UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court hereby also **VACATES** the Case Management Conference scheduled for Monday, December 3, 2018. However, it notes that plaintiffs failed to file a case management conference statement and could be sanctioned on that basis as well. Counsel is warned to heed the Court's local rules.