# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RYAN ENGINEERING INCORPORATED,**<br><br>Defendant. | CASE NO. 18-cv-05145-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 34 |

On November 5, 2019, plaintiffs filed a motion for leave to file a first amended complaint updating the months for which contributions are allegedly due and asserting new claims against individual defendants. (Dkt. No. 34.) Plaintiffs argue that since the filing of the initial complaint, they have been attempting to resolve the case with defendant, and they only recently learned of certain individuals' alleged involvement in defendant's purported fraud. To date, defendant has not filed an opposition to plaintiffs' motion.

Having carefully considered the papers submitted and the pleadings in this action,[1] and good cause appearing therein, the Court hereby **GRANTS** the motion for leave to file a first amended complaint. Plaintiffs must file the aforementioned complaint no later than **Friday, December 6, 2019**. Any response thereto must be filed no later than **fourteen (14) days** thereafter.

This Order terminates Docket Number 34.

**IT IS SO ORDERED.**

Dated: December 4, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion appropriate for decision without oral argument.